NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-1309

STATE OF LOUISIANA

VERSUS

LOYCE ALLEN RAY

**********
APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 62,558
HONORABLE JOHN C. FORD, DISTRICT JUDGE
**********

**GLENN B. GREMILLION**
**JUDGE**

**********

Court composed of Jimmie C. Peters, Michael G. Sullivan, and Glenn B. Gremillion, Judges.

**AFFIRMED; MOTION TO WITHDRAW GRANTED.**

Mark Kramer
Asst. District Attorney
P.O. Box 1188
Leesville, LA 71446
(337) 239-2008
Counsel for Appellee
    State of Louisiana

Edward K. Bauman
P. O. Box 1641
Lake Charles, LA 70602-1641
(337) 491-0570
Counsel for Defendant/Appellant
    Loyce A. Ray